IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

NECA-IBEW WELFARE TRUST FUND,        )
                                     )
         Plaintiff,                  )
                                     )
    vs.                              )   No. 16-2282
                                     )
JAMES M. TAYLOR D/B/A TAYLORED       )
TECHNOLOGY SOLUTIONS and TAYLORED    )
TECH INC.,                           )
                                     )
         Defendants.                 )

## CITATION NOTICE

| | |
|---|---|
| Name and address of Court: | United States District Court<br>201 S. Vine Street<br>Urbana, IL 61802 |
| Name of Case: | NECA-IBEW WELFARE TRUST FUND v. JAMES M. TAYLOR D/B/A TAYLORED TECHNOLOGY SOLUTIONS and TAYLORED TECH INC. |
| Addresses of Judgment Debtors: | James Taylor<br>509 ½ E. Deyoung Street<br>Marion, IL 62998<br><br>James Taylor<br>1017 N. Market<br>Marion, IL 62959 |

Name and address of Attorney for Judgment Creditor or of Judgment Creditor:

Timothy J. Shrake II
CAVANAGH & O'HARA LLP
2319 West Jefferson Street
Springfield, IL 62702
(217) 544-1771

Amount of Judgment:        $21,874.00

Name of Person Receiving Citation:  James Taylor
509 ½ E. Deyoung Street
Marion, IL  62998

James Taylor
1017 N. Market
Marion, IL  62959

Court Date and Time:  **November 13, 2019 at 1:30 p.m.**

  NOTICE: The court has issued a citation against the person named above. The citation directs that person to appear in court to be examined for the purpose of allowing the judgment creditor to discover income and assets belonging to the judgment debtors or in which the judgment debtors have an interest. The citation was issued on the basis of a judgment against the judgment debtors in favor of the judgment creditor in the amount stated above. On or after the court date stated above, the court may compel the application of any discovered income or assets toward payment on the judgment.

  The amount of income or assets that may be applied toward the judgment is limited by federal and Illinois law. The JUDGMENT DEBTOR, JAMES M. TAYLOR, HAS THE RIGHT TO ASSERT STATUTORY EXEMPTIONS AGAINST CERTAIN INCOME OR ASSETS OF THE JUDGMENT DEBTOR WHICH MAY NOT BE USED TO SATISFY THE JUDGMENT IN THE AMOUNT STATED ABOVE:

  (1) Under Illinois or federal law, the exemptions of personal property owned by the debtor, JAMES M. TAYLOR, include the debtor's equity interest, not to exceed $4,000 in value, in any personal property as chosen by the debtor; Social Security and SSI benefits; public assistance benefits; unemployment compensation benefits; worker's compensation benefits; veteran's benefits; circuit breaker property tax relief benefits; the debtor's equity interest, not to exceed $2,400 in value, in any one motor vehicle, and the debtor's equity interest, not to exceed $1,500 in value, in any implements, professional books, or tools of the trade of the debtor.

  (2) Under Illinois law, every person is entitled to an estate in homestead, when it is owned and occupied as a residence, to the extent in value of $15,000, which homestead is exempt from judgment.

  (3) Under Illinois law, the amount of wages that may be applied toward a judgment is limited to the lesser of (i) 15% of gross weekly wages or (ii) the amount by which disposable earnings for a week exceed the total of 45 times the federal minimum hourly wage or, under a wage deduction summons served on or after January 1, 2006, the Illinois minimum hourly wage, whichever is greater.

  (4) Under federal law, the amount of wages that may be applied toward a judgment is limited to the lesser of (i) 25% of disposable earnings for a week or (ii) the amount by which disposable earnings for a week exceed 30 times the federal minimum hourly wage.

     (5) Pension and retirement benefits and refunds may be claimed as exempt under Illinois law.

     The judgment debtor, JAMES M. TAYLOR, may have other possible exemptions under the law.

     THE JUDGMENT DEBTOR, JAMES M. TAYLOR, HAS THE RIGHT AT THE CITATION HEARING TO DECLARE EXEMPT CERTAIN INCOME OR ASSETS OR BOTH. The judgment debtor also has the right to seek a declaration at an earlier date, by notifying the clerk in writing at United States District Court Clerk, 201 S. Vine Street, Urbana, IL 61802. When so notified, the Clerk of the Court will obtain a prompt hearing date from the court and will provide the necessary forms that must be prepared by the judgment debtor, JAMES M. TAYLOR, or the attorney for the judgment debtor and sent to the judgment creditor and the judgment creditor's attorney regarding the time and location of the hearing. This notice may be sent by regular first class mail.

WITNESS ___10-1___, 2019.

(SEAL)

_____
Clerk of Court